J. S. WILSON and Erskine Ferguson, Appellants, v. UNITED STATES of America, Appellee.

No. 6671.

Circuit Court of Appeals, Fifth Circuit.
March 20, 1933.

R. A. Hendricks and Bart A. Riley, both of Miami, Fla., for appellants.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla., and B. R. Cisco, Ass't U. S. Atty., of Miami, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.